THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tawyne Dyonne
 Austin, Appellant.
 
 
 

Appeal From Spartanburg County
  Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2008-UP-447
 Submitted August 1, 2008  Filed August 7,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Tawyne Austin appeals her conviction for shoplifting.  She argues
 the trial court erred in denying her motion for a directed verdict.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Austins appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.